# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 27 P 4: 52

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR298-00032-004 |
| Dan Mangram ) | USM No: 09897-021 |
| Date of Previous Judgment: December 8, 1999 ) | Ronald E. Harrison II |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __130__ months **is reduced to** __time served, plus 10 days__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __December 8, 1999__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __February 27, 2008__

_____
Judge's signature

Effective Date: __2-27-08__
(if different from order date)

Judge, U.S. District Court
Printed name and title