IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 298-032-4 |
| | * | |
| DAN MANGRAM | * | |

ORDER

Defendant Dan Mangram has filed a motion to modify his criminal fine in the captioned matter. However, the Court did not impose a fine in this case.[1] Accordingly, the motion (doc. 278) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Rather, a fine was imposed in Defendant's other criminal case in this district, United States v. Mangram, Crim. No. 211-015-5 (S.D. Ga. Mar. 3, 2011). The Court granted in part and denied in part Defendant's motion to modify his fine payments in this other case.